**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00861-LTB-BNB

THE KONG COMPANY, LLC., a Colorado limited liability company,

       Plaintiff,

v.

LEERBURG ENTERPRISES, INC., a Wisconsin corporation,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal (Doc 4 - filed July 13, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                         BY THE COURT:

                           s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:  July 16, 2007